

**WEILAND GOLDEN LLP**
Michael J. Weiland, State Bar No. 96672
mweiland@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:07-bk-13812-BB |
|---|---|
| H&C DISPOSAL COMPANY, | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S STATUS REPORT** |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

Jeffrey I. Golden, the chapter 7 trustee for the bankruptcy estate of H&C Disposal Company (the "Trustee"), hereby submits this Status Report. The Trustee is in the process of completing and closing this case. On August 26, 2015, the Trustee filed three motions requesting that certain secured and administrative claims be reclassified or disallowed in their entirety. These matters will be heard on October 7, 2015. The Trustee may file one additional claim objection motion to be heard on the same date and time. Other than the claims motions, the Trustee will be filing a motion to close the case with an unadministered asset. Upon the resolution of the claims motions and the motion to close, the case will be fully administered. As such, the Trustee has filed a notice to

///

///

///

1037113.1    1    STATUS REPORT

1 professionals to file their final fee applications and will be submitting his final report to the
2 Office of the United States Trustee.

3                 Respectfully submitted,

4 Dated: August 28, 2015        WEILAND GOLDEN LLP

6                By: */s/ Beth E. Gaschen*
                 BETH E. GASCHEN
7                  Attorneys for Chapter 7 Trustee,
                 Jeffrey I. Golden

**Weiland Golden LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1037113.1            2            STATUS REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **August 28, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **August 28, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 28, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2015 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

1037113.1

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**
Kyra E Andrassy     kandrassy@swelawfirm.com,
csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
Stephen F Biegenzahn     efile@sfblaw.com
William H Brownstein     Brownsteinlaw.bill@gmail.com
Jennifer Witherell Crastz     jcrastz@hemar-rousso.com
Lei Lei Wang Ekvall     lekvall@swelawfirm.com,
csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden     ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Jeffrey I Golden (TR)     ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
HOWARD Grobstein     , documents@gtfas.com
Lesley A Hawes     lesley.hawes@dentons.com, chris.omeara@dentons.com
William H. Kiekhofer     wkiekhofer@mcguirewoods.com
Scott Lee     slee@lbbslaw.com, monique.talamante@lewisbrisbois.com
John T Madden     jmadden@katzyoon.com
Alvin Mar     alvin.mar@usdoj.gov
Randall P Mroczynski     randym@cookseylaw.com
Vicki L Schennum     schennumlaw@gmail.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov