Jeffrey I. Golden, A Partner of
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>H & C DISPOSAL COMPANY,<br><br>Debtor. | Case No. 2:07-bk-13812-BB<br><br>Chapter 7 Case<br><br>**NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 2049 in the sum of $3,638.55 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the names(s), address(es), and amounts(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: 11-4-16

JEFFREY I. GOLDEN
Chapter 7 Trustee

## ATTACHMENT

The names and addresses of the party entitled to said unclaimed dividend(s) are as follows:

Class of Creditor: Chapter 7 Administrative Claim

Percentage Paid on Claim: 76% of Allowed Amount

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | FINAL DISTRIBUTION AMOUNT |
|---|---|---|---|
| 80 | The Collins Trust Gilda Collins Trustee<br>Law Offices of Vicki L. Schennum<br>419 Main Street, Suite 401<br>Huntington Beach, CA 92648 | $4,606.04 | $3,638.55 |
| **TOTAL** | | **$4,606.04** | **$3,638.55** |

**Case Name: H & C DISPOSAL COMPANY**

**Case Number: 2:07-bk-13812-BB**

Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa CA 92628

Case #: 07-13812-BB
Case: H & C DISPOSAL COMPANY Debtor(s).

INTEGRITY BANK
4040 Washington Ave.
Houston, TX - 77007

VOID AFTER 90 DAYS DATE: 10/19/2016 CHECK NO: 2049

PAY: THREE THOUSAND SIX HUNDRED THIRTY-EIGHT AND 55 / 100 $3,638.55

TO THE ORDER OF: U.S. BANKRUPTCY COURT

Trustee

Details on back.

UNCLAIMED DIVIDEND

⑈00002049⑈ ⑆113094136⑆ ⑈46340713812⑈

DATE: 10/19/2016 CHECK NO: 2049 CONTROL NO: 5611 $3,638.55

UNCLAIMED DIVIDEND
CLAIM NO. 80 PAID AT 76% OF ALLOWED AMOUNT

Payment Details

$3,638.55

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 4, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kyra E Andrassy kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
Stephen F Biegenzahn efile@sfblaw.com
William H Brownstein Brownsteinlaw.bill@gmail.com
Jennifer Witherell Crastz jcrastz@hemar-rousso.com
Lei Lei Wang Ekvall lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
Beth Gaschen bgaschen@wgllp.com,
kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR) ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
HOWARD Grobstein , documents@gtfas.com
Lesley A Hawes lhawes@diamondmccarthy.com, vgarcia@diamondmccarthy.com
William H. Kiekhofer wkiekhofer@mcguirewoods.com
Scott Lee slee@lbbslaw.com, monique.talamante@lewisbrisbois.com
John T Madden jmadden@katzyoon.com
Alvin Mar alvin.mar@usdoj.gov
Randall P Mroczynski randym@cookseylaw.com
Vicki L Schennum schennumlaw@gmail.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On Date, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 4, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Sheri Bluebond (By Personal Service)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 4, 2016 | Lori Werner | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |